# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-2906

_____

United States of America

*Plaintiff - Appellee*

v.

Juan Francisco Alamo-Santellanes, also known as Paco, also known as Jose
Rusben Alamo-Santellanes

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of Minnesota - St. Paul

_____

Submitted: March 7, 2014
Filed: March 13, 2014
[Unpublished]

_____

Before WOLLMAN, MURPHY, and SMITH, Circuit Judges.

_____

PER CURIAM.

Juan Alamo-Santellanes directly appeals the sentence imposed by the district court[1] after he pleaded guilty to a drug offense.  His counsel has moved to withdraw,

---

[1] The Honorable Patrick J. Schiltz, United States District Judge for the District of Minnesota.

and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing that Alamo-Santellanes's statutory-minimum prison term is substantively unreasonable.

After careful review, we conclude that Alamo-Santellanes's challenge to his sentence fails because the district court lacked authority to impose a sentence below the statutory minimum. <u>See</u> <u>United States v. Watts</u>, 553 F.3d 603, 604 (8th Cir. 2009) (per curiam) (district courts lack authority to reduce sentences below congressionally-mandated statutory minimums); <u>United States v. Gregg</u>, 451 F.3d 930, 937 (8th Cir. 2006) (<u>United States v. Booker</u>, 543 U.S. 220 (2005), does not relate to statutorily imposed sentences). Having reviewed the record independently in accordance with <u>Penson v. Ohio</u>, 488 U.S. 75, 80 (1988), we find no nonfrivolous issues. Therefore, we grant counsel's motion to withdraw, subject to counsel informing Alamo-Santellanes about procedures for seeking rehearing or filing a petition for certiorari. The judgment is affirmed.

_____